**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6961**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

PAUL A. BOYNE,

        Party-in-Interest - Appellant,

8105 CREEKVIEW DRIVE SPRINGFIELD, VA 22153,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:17-cr-00219-LMB-1)

Submitted: December 20, 2018           Decided: December 27, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Paul A. Boyne, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul A. Boyne appeals the district court's order affirming the magistrate judge's issuance of a warrant as supported by probable cause. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *In re: Search of 8105 Creek View Drive, Springfield, VA 22153*, No. 1:17-cr-00219-LMB-1 (E.D. Va., July 23, 2018). We deny Boyne's motions for the appointment of counsel and the rest of his pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*